978 So.2d 302 (2008)
STATE ex rel. Patrick STRAUGHTER
v.
STATE of Louisiana.
No. 2007-KH-1369.
Supreme Court of Louisiana.
March 28, 2008.
In re Straughter, Patrick;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of West Feliciana, 20th Judicial District Court Div. A, No. 19,533; to the Court of Appeal, First Circuit, No. 2007 KW 0278.
Denied. Untimely and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 351; La.C.Cr.P. art. 930.4(A).